Motion granted. So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:26CR264 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | |
| | ) | MOTION FOR LEAVE TO FILE |
| NATHAN HAYES, | ) | GOVERNMENT'S EMERGENCY |
| | ) | MOTION FOR STAY |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, David M. Toepfer, United States Attorney, and Dexter L. Phillips, Assistant United States Attorney, and respectfully requests this Court grant the government permission for leave to file Government's Emergency Motion for Stay under seal. The undersigned submits that the motion contains sensitive information that should not be available for public review.

Respectfully submitted,

David M. Toepfer
United States Attorney

By: /s/ *Dexter L. Phillips*

Dexter L. Phillips (OH: 0088374)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604
(419) 259-6376
(419) 259-6360 (facsimile)
Dexter.Phillips@usdoj.gov