IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

Plaintiff,

v.

Nathan Hayes,

Defendant.

Case No. 3:26-cr-264

ORDER

The Government's [21] Emergency Motion for a Stay of the Magistrate Judge's Order Releasing Defendant and Motion for Revocation of the Order is granted in part. I grant a stay of the Order releasing Defendant. Once Defendant is transferred to the custody of the Northern District of Ohio a hearing will be set on the Motion for Revocation of the Release Order.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge